UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------
AROMAN PROMOTIONAL PRODUCTS

                         Docket Number: 10 CV 952 (AKH)

      -against-

                         NOTICE OF REASSIGNMENT

RESTAURI
---------------------------------------------------

The above-entitled action is reassigned to the calendar of:

HON. HELLERSTEIN

All further documents submitted in this action shall bear the new Judge's initials after the docket number:

(AKH)

[ X ] **IMPORTANT** - If this box is checked, this case is now assigned to the Court's Electronic Case Filing (ECF) System. All further documents must be filed electronically, not on paper. Please visit www.nysd.uscourts.gov for more information.

The attorney(s) for the plaintiff(s) is requested to serve a copy of this Notice of Reassignment on all defendants.

                                                   J. Michael McMahon
                                                            Clerk

Dated: 02/25/2010                                     By: PHYLLIS ADAMIK
                                                                Deputy Clerk

****RELATED TO 10 CV 722