```
                                        ABC PROCESS SERVICE,INC.
                                        Attorney:
                                        LEWIS & HAND, LLP
                                        Index No. 10 CV 952
                                        Date Filed 02/05/2010
                                        Office No. LH01ARODENG2G
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____
AROMAN PROMOTIONAL PRODUCTS, INC AND ROSIE MANKES,INDIVIDUALLY
AND DERIVATIVELY ON BEHALF OF GURL2GURL PRODUCTIONS INC.
                                        (PLAINTIFF)
             against
                                        (DEFENDANT)
DENISE RESTAURI AND GURL2GURL PRODUCTIONS, INC
_____
STATE OF NEW YORK, COUNTY OF NEW YORK     SS:
GEORGE P. RUSH  being duly sworn deposes and says:
I am over 18 years of age, not a party to this action and reside in the State of
New York:
That on the 5 day of February 2010  at  3:47  PM , at

101 WEST 55TH STREET, 15K;NEW YORK, NY 10019
I SERVED the SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY DEMAND upon
DENISE RESTAURI
the defendant herein named by delivering to and leaving a true copy of said
SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY DEMAND
with a person of suitable age and discretion: to wit MR. AZIZ, CONCIERGE
Deponent described Person served as aforesaid to the best of deponents ability
at the time and circumstances of service as follows:

Sex  MALE , Color WHITE, Hair BROWN, app.age 29 YRS, app.ht 5'11", app.wt 170
LBS
GOATEE
That on the 8 day of February 2010 I deposited in the U.S. mails a true copy of
the SUMMONS IN A CIVIL ACTION, COMPLAINT & JURY DEMAND
properly enclosed and sealed in a post-paid wrapper addressed to the said
defendant at the aforementioned
(A) (last known residence)
101 WEST 55TH STREET, 15K;NEW YORK, NY 10019
BY FIRST CLASS MAIL, MARKED PERSONAL AND CONFIDENTIAL, AND NOT
BEARING ANY IDENTIFICATION TO A LAWSUIT.
That at the time of service aforesaid, I asked Person so served or Person spoken
to whether the defendant herein was in the military service of the State of N.Y.
or the United States and received a negative reply. Upon information  and belief
based  upon the  conversation and  observation as aforesaid  I aver  that the
defendant is not in the military service of the State of N.Y. or the United
States as that term is defined in the statutes of the State of N.Y. or the
Federal Soldiers and Sailors Civil Relief Act.

SWORN to before me this 8
day of February 2010

JAY BRODSKY                             GEORGE P. RUSH
Notary Public, State of New York        License No.:   0791734      :bb
No. 31-4683271                                         *LH01ARODENG2G*
Qualified in New York County
Commission Expires Feb/2, 2011

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

AROMAN PROMOTIONAL PRODUCTS, INC., and ROSIE MANKES, individually and derivatively on behalf of GURL2GURL PRODUCTIONS, INC.
)
*Plaintiff*
)
v.
)
DENISE RESTAURI and GURL2GURL PRODUCTIONS, INC.
)
*Defendant*
)

10 CV 952

Civil Action No.

JUDGE MARRERO

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DENISE RESTAURI
101 West 55th Street
New York, NY 10019

GURL2GURL PRODUCTIONS, INC
101 West 55th Street
New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
CLERK OF COURT

Date: FEB 0 5 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Mr Aziz,
Concierge, on 2/5/10 at 3:47 PM, a person of suitable age and discretion who resides there,
on *(date)* 2/8/10 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Description,
Male, White, Brown, Age 29, Hgt 5'11, Wgt 170 lbs
goatee

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 8th February, 2010.         _____
                                  *Server's signature*

                                  GEORGE P. Rush
                                  # 0791734        ! bb .
                                  *Printed name and title*

                                  _____
                                  *Server's address*

Additional information regarding attempted service, etc: