IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| AROMAN PROMOTIONAL PRODUCTS, INC., and ROSIE MANKES, individually and derivatively on behalf of GURL2GURL PRODUCTIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DENISE RESTAURI and GURL2GURL PRODUCTIONS, INC. <br><br> Defendants. | 10 Civ. 952 (AKH) <br> ECF Case <br><br> **MOTION FOR** <br> **DEFAULT JUDGMENT** <br> **AND ORDER ENTERING** <br> **DEFAULT** |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE, that defendants in the above-captioned action having contravened an Order of this Court and failed to answer or otherwise respond or plead to the Summons and Complaint, the Summons and Complaint having been personally served on the defendant Denise Restauri, CEO of defendant Gurl2Gurl Productions, Inc., on February 5, 2010 by personal service upon her concierge Mr. Aziz after which a copy was mailed first class, postage pre-paid using the United States Postal Service to defendant Restauri's address where the service was made, an Order of this Court having been entered February 22, 2010 directing defendants to answer or otherwise respond by March 1, 2010 and proof of service having been filed on March 3, 2010, upon the annexed Clerk's Certificate noting said Default of defendants and the Affidavit of Jeremiah F. Manning, Esq. together with the accompanying exhibits, on March 17, 2010

at 2 p.m. or such other time as the Court in its discretion determines, in the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York, plaintiffs shall move this Court, before the Honorable Alvin K. Hellerstein, United States District Court Judge, for Default Judgment and other relief contained in the Order proposed and submitted herewith.

Dated: New York, New York
March 9, 2010

Jeremiah F. Manning (JM-9831)
Manning, Esq.
Law Offices
49 Oldox Road
Delmar, NY 12054
(646) 652-6851
(917) 757-1485
jfm@manningesq.com
Attorneys for Plaintiffs